**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:16-cv-81689-DMM

CHRISTINE I. SCHULTE,

        Plaintiff,

v.

NEW PENN FINANCIAL, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING,

        Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Christine Schulte, and Defendant New Penn Financial, LLC D/B/A Shellpoint Mortgage Servicing (**Shellpoint**), hereby give notice that all parties have reached a settlement. Accordingly, the parties request that the Court deny all pending motions as moot, and allow the parties 30 days to submit an appropriate stipulation for dismissal.

| **/s/ Jeffrey N. Golant, Esq.**<br>The Law Offices of Jeffrey N. Golant, P.A.<br>1999 N. University Drive, Ste. 213<br>Coral Springs, FL 33069<br>954-942-5270<br>Fax: 954-942-5272<br>Email: jgolant@jeffreygolantlaw.com<br><br>*Counsel for Plaintiff* | **s/ Marissa X. Kaliman, Esq.**<br>Akerman LLP<br>Three Brickell City Centre<br>98 Southeast 7 Street, Suite 1100<br>Miami, Florida 33131<br>305-374-5600<br>Fax: 305-374-5095<br>Email: marissa.kaliman@akerman.com<br><br>*Counsel for Defendant* |
|---|---|

{34882268;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF, on April 3, 2017. The foregoing was also served in accordance with the method identified in the attached service list.

s/ Marissa X. Kaliman
Marissa X. Kaliman

## SERVICE LIST

**CHRISTINE I. SCHULTE vs. NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING**
**CASE No.: 1:16-CV-81689-DMM**

| | |
|---|---|
| Marissa X. Kaliman, Esq., Fla. Bar No. 100532<br>Eric S. Matthew, Esq., Fla. Bar No. 026539<br>E-Mail: marissa.kaliman@akerman.com<br>E-Mail: eric.matthew@akerman.com<br>Second E-Mail: elena.alzugaray@akerman.com<br>**AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast 7th Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: 305.374.5600<br>Facsimile: 305.374.5095<br><br>and<br><br>William P. Heller, Esq., Fla. Bar No. 987263<br>william.heller@akerman.com<br>**AKERMAN LLP**<br>350 East Las Olas Boulevard, Suite 1600<br>Fort Lauderdale, FL 33301<br>Telephone: 954.759.8945<br>Facsimile: 954.463.2224<br><br>*Counsel for defendant Shellpoint Mortgage Servicing* | Jeffrey N. Golant, Esq.<br>Fla. Bar No. 0707732<br>E-Mail: jgolant@jeffreygolantlaw.com<br>**The Law Offices of Jeffrey N. Golant, P.A.**<br>1999 N. University Drive, Suite 213<br>Coral Springs, FL 33071<br>Telephone: 954-942-5270<br>Fax: 954-942-5272<br><br>*Counsel for Plaintiff Christine Schulte* |

{34882268;1}