IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-81689-MIDDLEBROOKS/Brannon

CHRISTINE I. SCHULTE,

    Plaintiff,

vs.

NEW PENN FINANCIAL, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Order [DE 18], plaintiff Christine I. Schulte and defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (collectively, "the Parties"), hereby stipulate and agree to the following:

(1) the Parties have settled all issues in this matter, and (2) the effectiveness of this stipulation of dismissal with prejudice is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted on April 17, 2017 by:

| | |
|---|---|
| **THE LAW OFFICES OF** <br> **JEFFREY N. GOLANT, P.A.** <br> 1999 N. University Drive, Suite 213 <br> Coral Springs, Florida <br> Tel:   (954) 942-5270 <br> Fax:  (954) 942-5272 <br><br> By: s/ Sean X. Foo <br> Sean X. Foo, Esq. <br> Fla. Bar No. 0111978 <br> sfoo@jeffreygolantlaw.com <br> jgolant@jeffreygolantlaw.com <br><br> Counsel for Christine I. Schulte | **AKERMAN LLP** <br> Three Brickell City Centre <br> 98 Southeast Seventh Street, Suite 1100 <br> Miami, FL 33131 <br> Tel: (305) 982-5589 <br> Fax: (305) 374-5095 <br><br> By: s/ Marissa X. Kaliman <br> Marissa X. Kaliman, Esq. <br> Fla. Bar No. 100532 <br> marissa.kaliman@akerman.com <br> eric.matthew@akerman.com <br><br> Counsel for New Penn Financial, LLC <br> d/b/a Shellpoint Mortgage Servicing |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 17, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record identified on the service list incorporated herein via transmission of Electronic filing generated by CM/ECF.

## SERVICE LIST

Eric Mathew, Esq.
eric.matthew@akerman.com
Marissa X. Kaliman, Esq.
marissa.kaliman@akerman.com
William P. Heller, Esq.
william.heller@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel:  (305) 982-5589
Fax: (305) 374-509
Counsel for Defendant New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing

                                      **s/ Sean X. Foo**