UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81689-CIV-MIDDLEBROOKS

CHRISTINE I. SCHULTE,

    Plaintiff,

v.

NEW PENN FINANCIAL, LLC, d/b/a
SHELLPOINT MORTGAGE
SERVICING,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Voluntary Dismissal with Prejudice, filed on April 17, 2017. (DE 20). Pursuant to the Parties' request, the Court retains jurisdiction to enforce their settlement agreement, but only for a period of thirty (30) days.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __ day of April, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record